```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES P. SCANLAN                  :        CIVIL ACTION
                                  :
     v.                           :
                                  :
AMERICAN AIRLINES GROUP, INC.,    :        NO. 18-4040
et al.                            :
```

ORDER

AND NOW, this 2nd day of April, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants to transfer this action to the United States District Court for the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. § 1404(a) (Doc. # 21) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.