IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN on his own behalf and all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : : | NO. 18-4040 |

ORDER

AND NOW, this 18th day of June, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant American Airlines Group, Inc. to dismiss count I of the amended complaint is DENIED;

(2) the motion of defendant American Airlines Group, Inc. to dismiss count II of the amended complaint is GRANTED;

(3) the motion of defendant American Airlines, Inc. to dismiss count III of the amended complaint is DENIED; and

(4) the defendants shall file and serve an answer to counts I and III of the amended complaint on or before July 2, 2019.

BY THE COURT:

/s/ Harvey Bartle III
                                          J.