IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN | : | CIVIL ACTION |
| v. | : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : | NO. 18-4040 |

ORDER

AND NOW, this 5th day of May, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant American Airlines Group Inc. to dismiss with prejudice Count II of the second amended complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction is DENIED.[1]

BY THE COURT:

/s/ Harvey Bartle III
                    J.

---

1. American Airlines, Inc. ("AA") also moved to dismiss Count II, but it is not a proper party since it has not been sued in that count. Thus, the motion of AA is DENIED as moot.