IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 2:18-cv-04040-HB |
| -vs.- | |
| AMERICAN AIRLINES GROUP, INC., and AMERICAN AIRLINES, INC. | |
| Defendants, | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES

Plaintiff James Scanlan, by and through the undersigned counsel, hereby moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all affirmative defenses asserted in Defendants' Answer to the Second Amended Complaint (ECF No. 97). As set forth in the attached Memorandum of Law, the undisputed factual record demonstrates that each of Defendants' affirmative defenses is either factually unsupported or legally defective.

Plaintiff therefore respectfully requests that this Court grant summary judgment to Plaintiff with respect to all affirmative defenses asserted by Defendants in Defendants' Answer to the Second Amended Complaint.

Dated: July 17, 2020                                  Respectfully submitted,

   /s/ Adam H. Garner
Adam Harrison Garner (Bar I.D. 320476)
THE GARNER FIRM LTD.
1515 Market St. Suite 1200
Philadelphia PA 19102
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
Email: adam@garnerltd.com

R. Joseph Barton (*pro hac vice*)
Colin M. Downes (*pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street, NW
Washington D.C. 20009
Telephone: (202) 734-7046
Fax: (617) 507-6020
jbarton@blockesq.com
colin@blockesq.com

Peter Romer-Friedman (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, D.C. 20036
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Matthew Z. Crotty (*pro hac vice*)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
matt@crottyandson.com

Thomas G. Jarrard (*pro hac vice*)
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Fax: (509) 326-2932
Tjarrard@att.net

Michael J. Scimone (*pro hac vice*)

OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone (212) 245-1000
Email: mscimone@outtengolden.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses was filed electronically with the Court on July 17, 2020, and is available for viewing and downloading from the ECF system. Service was accomplished on all parties by operation of the Notice of Electronic Case Filing.

      /s/ Adam H. Garner
Adam Harrison Garner (Bar I.D. 320476)
THE GARNER FIRM LTD.
1515 Market St. Suite 1200
Philadelphia PA 19102
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
Email: adam@garnerltd.com