IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN on his own behalf and all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : : | NO. 18-4040 |

ORDER

AND NOW, this 10th day of September, 2020, it is hereby ORDERED that:

(1) the renewed motion of defendants for immediate appeal under 28 U.S.C. § 1292(b) (Doc. # 110) is DENIED; and

(2) this action is STAYED and placed on this court's Civil Suspense Docket pending a decision by the United States Court of Appeals for the Third Circuit in Travers v. Federal Express Corporation, Civil Action No. 19-6106 (E.D. Pa.).

BY THE COURT:

/s/ Harvey Bartle III
_____
J.