IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN on his own behalf and all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : : | NO. 18-4040 |

ORDER

AND NOW, this 19th day of August, 2021, after a telephone conference with and agreement of counsel, it is hereby ordered that the motion of plaintiff for partial summary judgment as to defendants' affirmative defenses (Doc. # 106) is marked WITHDRAWN without prejudice.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                                              J.