IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN on his own behalf and all others similarly situated, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : : | NO. 18-4040 |

ORDER

AND NOW, this 2nd day of November, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant American Airlines, Inc. for summary judgment on Count III of plaintiffs' amended complaint (Doc. # 173) is GRANTED;

(2) the motion of defendant American Airlines Group, Inc. for summary judgment on Count I and Count II of plaintiffs' amended complaint is GRANTED;

(3) the motion of plaintiffs for summary judgment on liability as to Count II (Doc. #172) is DENIED; and,

(4) the motion of plaintiffs for summary judgment with respect to defendant American Airlines Group, Inc.'s affirmative defenses of laches, estoppel, and waiver to Count II is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.