```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES P. SCANLAN on his own behalf and all others similarly situated, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : : | NO. 18-4040 |

<u>JUDGMENT</u>

AND NOW, this 2nd day of November, 2022, it is hereby ORDERED that:

(a) Judgment is entered in favor of defendant American Airlines Group, Inc. ("AAG") on Count I of plaintiffs' amended complaint, and against plaintiffs James P. Scanlan, Carla Riner, and class plaintiffs, who are:

> Current American Airlines, Inc. pilots who presently serve in the military, current American Airlines, Inc. pilots who formerly served in the military, and former American Airlines, Inc. pilots who formerly served in the military; and who currently participate or previously participated at some point in the AAG Global Profit Sharing Plan since its inception on January 1, 2016 through the present; are employed in the United States or are a citizen or national or permanent resident of the United States and employed

in a foreign country while participants in the Plan; took or take short-term military leave in a year during which they were entitled to receive an award under the Plan; and were not credited or imputed earnings for this short-term military leave; with the exceptions of Aaron Patrick Brunner and those American Airlines, Inc. pilots responsible for administering the AAG Global Profit Sharing Plan and those American pilots who reached individual settlements with or judgments against AAG regarding inadequate profit sharing or against American for failure to compensate short-term military leave under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301 et seq.

(b)  Judgment is entered in favor of defendant American Airlines Group, Inc. on Count II of plaintiffs' amended complaint and against plaintiffs James P. Scanlan, Carla Riner, and class plaintiffs, who are:

Current American Airlines, Inc. pilots who presently serve in the military, current American Airlines, Inc. pilots who formerly

served in the military, and former American Airlines, Inc. pilots who formerly served in the military; and who currently participate or previously participated at some point from January 1, 2016 through the present in the AAG Global Profit Sharing Plan as well as the American Airlines, Inc. 401(k) Plan for Pilots and are subject to taxation in the United States; are employed in the United States or are a citizen or national or permanent resident of the United States and employed in a foreign country while participants in the AAG Global Profit Sharing Plan; took or take short-term military leave in a year during which they were entitled to receive an award under the AAG Global Profit Sharing Plan; and were not credited or imputed earnings for this short-term military leave; with the exceptions of Aaron Patrick Brunner and those American Airlines, Inc. pilots responsible for administering the AAG Global Profit Sharing Plan and those American pilots who reached individual settlements with or judgments against AAG regarding

inadequate profit sharing or against American for failure to compensate short-term military leave under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301 et seq.

(c)  Judgment is entered in favor of defendant American Airlines, Inc. on Count III of plaintiffs' amended complaint and against plaintiffs James P. Scanlan, Carla Riner, and class plaintiffs, who are:

Current American Airlines, Inc. pilots who presently serve in the military, current American Airlines, Inc. pilots who previously served in the military, and former American Airlines, Inc. pilots who formerly served in the military; and who took or take short-term military leave while employed at American at any time from January 1, 2013, through the date of judgment in this action and were not paid for that leave equal to what they would have received had they taken leave for jury duty or bereavement; with the exceptions of Aaron Patrick Brunner and those American Airlines, Inc. pilots responsible for administering

-4-

-5-

the AAG Global Profit Sharing Plan and those American pilots who reached individual settlements with or judgments against AAG regarding inadequate profit sharing or against American for failure to compensate short-term military leave under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301 et seq.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.