### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | |
| *Plaintiff*, | **Case No. 18-4040** |
| -vs.- | **Plaintiff's Notice of Appeal** |
| AMERICAN AIRLINES GROUP, INC. and AMERICAN AIRLINES, INC., | |
| Defendants | |

      Notice is hereby given that Plaintiff and the Class Representative, James P. Scanlan and Court-appointed Class Representative Carla Reiner, on behalf of themselves, the Class, and the Subclasses, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on November 2, 2022, and from every part thereof.

      Plaintiff and the Class Representative notify the Clerk of Court that this appeal of the underlying judgment involves causes of actions under the Uniformed Services Employment and Reemployment Rights Act and is thus exempt from both the filing fee and the appellate docket fee. 38 U.S.C. § 4323(h)(1).

Dated: December 1, 2022

Respectfully submitted,

_/s/ Colin M. Downes_

R. Joseph Barton (*pro hac vice*)
Colin M. Downes (*pro hac vice*)
BLOCK & LEVITON LLP
1633 Connecticut Ave, NW, Ste. 200
Washington D.C. 20009
Telephone: (202) 734-7046
Fax: (617) 507-6020
jbarton@blockleviton.com
colin@blockleviton.com


Peter Romer-Friedman (*pro hac vice*)
GUPTA WESSLER PLLC
2001 K Street, NW,
North Tower, Suite 850
Washington, DC 20006
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Matthew Z. Crotty (*pro hac vice*)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
matt@crottyandson.com

Thomas G. Jarrard (*pro hac vice*)
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Tjarrard@att.net

Adam Harrison Garner (Bar I.D. 320476)
THE GARNER FIRM LTD.
One Penn Center
1617 John F. Kennedy Blvd., Suite 550
Philadelphia PA 19103
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
Email: adam@garnerltd.com

Michael J. Scimone (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone (212) 245-1000
Email: mscimone@outtengolden.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I, Colin M. Downes, hereby certify that on December 1, 2022, I caused the foregoing Plaintiff's Notice of Appeal to be electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                Colin M. Downes