```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, et al.        :         CIVIL ACTION
                                :
          v.                    :
                                :
AMERICAN AIRLINES GROUP,        :         NO. 18-4040
INC., et al.                    :
```

ORDER

AND NOW, on this 29th day of August, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The motion of defendants American Airlines Group, Inc. and American Airlines, Inc. for summary judgment on plaintiffs' request for liquidated damages under the Uniformed Services Employment & Reemployment Rights Act, 38 U.S.C. § 4301, et seq. (Doc.# 173), is GRANTED; and

(2)  The motion of said defendants to strike plaintiffs' demand for a jury trial (Doc. # 201) is DENIED.

                                          BY THE COURT:


                                          /s/  Harvey Bartle III
                                                              J.