```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES P. SCANLAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN AIRLINES GROUP, | : | NO. 18-4040 |
| INC., et al. | : | |

ORDER

AND NOW, on 20th day of August, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants to decertify the classes certified by the court in its May 3, 2022 Order (Doc. #166 and 228) is GRANTED; and

(2) this action will proceed as to plaintiffs James P. Scanlan and Carla Riner only.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.