IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, et al.　　　　:　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
AMERICAN AIRLINES GROUP,　　　　:　　　　NO. 18-4040
INC., et al.　　　　　　　　　　:

ORDER

AND NOW, on this 5th day of January 2026, it is hereby ORDERED that:

(1)  the motion of plaintiffs for approval of proposed notice to former class members regarding decertification (Doc. #261) is GRANTED in part and DENIED in part; and

(2)  the notice shall be in the form as set forth in Exhibit A to this order.

BY THE COURT:


/s/  Harvey Bartle III
　　　　　　　　　　　　　　　　　　　J.

# Exhibit A

# NOTICE OF DECERTIFICATION OF CLASS ACTION
## American Airlines Pilot Military Leave Litigation

*Scanlan v. American Airlines Group Inc. and American Airlines, Inc.*
Case No. 18-4040 (U.S. Dist. Ct. E.D. Pa)

**If you are or were a pilot for American Airlines, Inc. who has taken a military leave lasting 16 days or fewer since January 1, 2013, please read this notice.**

A class action has been **Decertified**. This may affect your legal rights.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

- The lawsuit above alleges that American Airlines, Inc. ("American") and American Airlines Group Inc. ("AAG") violated the Uniformed Services Employment and Reemployment Rights Act ("USERRA") as follows:
  - American failed to provide pilots with paid military leave for military leaves lasting 16 days or fewer (defined as "short-term military leave") while providing paid leave for jury duty, bereavement and sick leave, which are alleged in the lawsuit to be comparable to military leave under USERRA.
  - AAG failed to credit periods of short-term military leave in calculating profit sharing awards to pilots under the AAG Global Profit Sharing Plan (the "Profit Sharing Plan").

- The Court previously certified this case as a class action; but it has now **decertified** it, meaning the litigation is no longer proceeding on behalf of a class of American Airlines pilots who are or were servicemembers and took short-term military leave after January 1, 2013.  If you fall within the class definition above, **your claims are no longer being pursued in this case and you will receive no benefits from this case if plaintiffs are successful.**

- **If you are a current or former American pilot and also a current or former service member who took short-term military leave and believe you have a claim under USERRA, you may still attempt to pursue your own claims individually by filing a complaint against American and AAG.**

- The Court has not decided whether Defendants violated USERRA. By decertifying this case as a class action and authorizing this Notice, the Court is not suggesting whether Plaintiff or Defendants will win or lose.

**PLEASE READ THIS NOTICE CAREFULLY. IF YOU WERE A MEMBER OF THE PRIOR CLASS, DECERTIFICATION WILL AFFECT YOUR RIGHTS.**

## 1.      Why Did I Get This Notice?

You received this Notice because you were previously identified in data produced by American as a member of the former Class and the Court in charge of this lawsuit has authorized that this Notice be sent to members of the former Class.

The purpose of this Notice is to inform you of the recent decertification of the Class and the effect of decertification on any claims that you may have.

## 2.      What Is This Lawsuit About?

The lawsuit alleges that American Airlines and AAG violated USERRA in two ways (1) American Airlines violated USERRA by failing to provide pilots with paid short-term military leave while providing paid leave for jury duty and bereavement (which are alleged to be comparable to military leave), and (2) AAG violated USERRA by failing to credit earnings to pilots who took short-term military leave for purposes of calculating their profit sharing awards while imputing income for jury duty and bereavement leave. Defendants deny that their practices violate the law and claim that Scanlan and Riner are not entitled to any relief. The Court has not decided whether Defendants violated USERRA.

Additional information about the claims and a copy of the current Complaint are available at https://www.thebartonfirm.com/american-airlines-userra.

## 3.      What Is a Class Action?

In a class action, one or more people called class representatives (in this case, James P. Scanlan and Carla Riner) sue on behalf of people who have similar claims. If the Court "certifies" the class, the Court resolves the issues for all class members. Because the court decertified the class, the case will now proceed individually on behalf of Mr. Scanlan and Ms. Riner only.

When a plaintiff files a class action complaint, the time deadlines for class members to bring claims is tolled (i.e. paused). Now that the Court has decertified the class, you are not a part of a Class Action and any time deadlines for you to bring these claims in a separate lawsuit is no longer paused.

## 4.      What has Happened in This Case?

Plaintiff James Scanlan filed this lawsuit on September 19, 2018 and filed an Amended Complaint on January 7, 2019. Defendants filed a motion to dismiss, which the Court granted in part and denied in part. Defendants filed an Answer to the Complaint, in which they denied that they violated USERRA and asserted certain defenses including time-based defenses (such as laches).

On October 8, 2021, the Court certified this lawsuit as a class action on behalf of a Class consisting of three subclasses. On April 6, 2022, the Court modified the Class and certified six subclasses. The former Class included all American Airlines pilots who took military leave

**PLEASE <u>DO NOT</u> CALL OR CONTACT THE COURT, THE OFFICE OF THE CLERK OF COURT, OR DEFENDANTS WITH QUESTIONS REGARDING THIS NOTICE**

lasting 16 days or fewer since January 1, 2013.

The parties engaged in discovery (a process through which the parties exchanged documents and information).

After the end of discovery, the parties filed motions for summary judgment on July 29, 2022. The Court granted Defendants' motion for summary judgment on November 2, 2022.

Plaintiff appealed the Court's decision on summary judgment to the United States Court of Appeals for the Third Circuit. The Third Circuit reversed the judgment on the USERRA claims and sent the case back to the lower court on May 21, 2024.

On June 3, 2025, Defendants filed a motion to decertify the class. On August 20, 2025, the Court granted Defendants' motion to decertify the class.

**5.       What happens now?**

The current litigation will proceed to trial only on behalf of James Scanlan and Carla Riner.

As a result of decertification, you are no longer a class member in this litigation and Defendants may arue that certain time-based defenses (e.g. laches) bars any potential claims that you have if you wait to file claims in a separate lawsuit.

**6.       Do I have a Lawyer in this Case?**

You do not have a lawyer.  If you wish to pursue a lawsuit individually and you wish to be represented by an attorney, you must retain your own attorney.

Due to the complicated nature of the case, it would be advisable for you to consult with an attorney.

**THE LAWYERS**

**7.       Who are the Lawyers for the two plaintiffs remaining in this Case?**

If you have questions about the lawsuit or this notice, you may contact Plaintiffs' Counsel:

| | |
|---|---|
| R. Joseph Barton, Esq. | Michael J. Scimone |
| The Barton Firm LLP | OUTTEN & GOLDEN LLP |
| 1633 Connecticut Ave. NW, Ste. 200 | 685 Third Avenue, 25th Floor |
| Washington, DC, 20009 | New York, New York 10017 |
| (202) 734-7046 | (212) 245-1000 |
| Email: AAUSERRA@thebartonfirm.com | |

Plaintiff is also represented by Adam Garner of the Garner Firm Ltd,. Riverside NW Law Group PLLC, the Law Office of Thomas G. Jarrard LLC, and Peter Romer-Friedman Law PLLC.

**PLEASE <u>DO NOT</u> CALL OR CONTACT THE COURT, THE OFFICE OF THE CLERK OF COURT, OR DEFENDANTS WITH QUESTIONS REGARDING THIS NOTICE**

This Notice summarizes the lawsuit and the Class that was decertified by the Court. Additional information and important documents about the case are available on the following website: https://www.thebartonfirm.com/american-airlines-userra.

**PLEASE <u>DO NOT</u> CALL OR CONTACT THE COURT, THE OFFICE OF THE CLERK OF COURT, OR DEFENDANTS WITH QUESTIONS REGARDING THIS NOTICE**

4