**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:18-cv-04040-HB |
| -vs.- | **PLAINTIFF'S STATUS REPORT REGARDING PRODUCTION OF RECORDS BY THE DEPARTMENT OF DEFENSE** |
| AMERICAN AIRLINES GROUP INC., and AMERICAN AIRLINES, INC., | |
| Defendants. | |

Plaintiff respectfully submits the following status report regarding the production of the records related to James Scanlan and Carla Riner by the Department of Defense in response to Plaintiff's subpoena. This week, the Department of Defense has produced data in response to the subpoena issued by Plaintiff related to James Scanlan and Carla Riner. Plaintiff's counsel has produced the data produced by the Department of Defense to Defendants' counsel.

To the extent that the Court wants to have status conference about this, Plaintiff's counsel would request that any status conference be set for sometime after May 18, 2026 as Plaintiff's lead counsel, R. Joseph Barton, is in trial the week of May 11, 2026

Respectfully submitted,

R. Joseph Barton
(admitted *pro hac vice*)
THE BARTON FIRM LLP
1633 Connecticut Ave., Ste. 200
Washington D.C. 20009
Telephone: (202) 734-7046
jbarton@thebartonfirm.com

Adam Harrison Garner (Bar I.D. 320476)
The Garner Firm Ltd.
1617 John F. Kennedy Blvd., Suite 1111
Philadelphia PA 19103
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
adam@garnerltd.com

Peter Romer-Friedman
(admitted *pro hac vice*)
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 355-6364
peter@prf-law.com

Michael J. Scimone
(admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue 25th Floor
New York, NY 10017
Tel: (212) 245-1000
mscimone@outtengolden.com

Matthew Z. Crotty
(admitted *pro hac vice)*
RIVERSIDE NW LAW GROUP, PLLC
905 W. Riverside Ave.
Suite 208
Spokane, WA 99201
Tel: (509) 850-7011
mzc@rnwlg.com

Thomas G. Jarrard
(admitted *pro hac vice)*
LAW OFFICE OF THOMAS G. JARRARD
LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Tjarrard@att.net

*Attorneys for Plaintiff*

Dated: May 7, 2026

**CERTIFICATE OF SERVICE**

I, Ming Siegel, hereby certify that on May 7, 2026, I electronically filed the foregoing

**PLAINTIFF'S STATUS REPORT REGARDING PRODUCTION OF RECORDS BY THE**

**DEPARTMENT OF DEFENSE** using the CM/ECF system, which sent notification of such

filing to all counsel of record in this case.

Ming Siegel