

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

June 8, 2026

**Mark W. Robertson**
D: +1 212 326 4329
mrobertson@omm.com

**VIA ECF**

The Honorable Harvey Bartle III
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** ___Scanlan v. American Airlines Group Inc. et al.___**, No. 2:18-cv-04040-HB (E.D. Pa.)**

Dear Judge Bartle:

Counsel for Plaintiffs and Defendants have conferred on the dates the parties, their witnesses and counsel are available for trial. The parties, their witnesses or trial counsel have conflicts with many dates in November and December, but have significant availability in both January and February 2027, if any of the below dates work for the Court.  The specific dates the parties, their witnesses and counsel are available are:

| | |
|---|---|
| January 2027 | Jan. 19–22, 25–26, 28–29 |
| February 2027 | Feb. 10-12, 18–19, 22–26 |

As Defendants' local counsel and Ms. Riner have conflicts with the current October trial date, the Parties request that the trial be rescheduled to one of the above dates.

To the extent that the Court intends to schedule a status conference to discuss scheduling, Plaintiffs' counsel advise that Plaintiffs' counsel are not available on June 9-11, 2026, June 16-17, 2026 and June 22-24 due to court hearings (or related travel) in other matters.

Thank you

Respectfully,                                    Respectfully,

_/s/ Mark W. Robertson_                  _/s/ R. Joseph Barton_

Mark W. Robertson                        R. Joseph Barton
of O'MELVENY & MYERS LLP          THE BARTON FIRM
Counsel for Defendants                   Counsel for Plaintiff