IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN                  :          CIVIL ACTION
                                  :
        v.                        :
                                  :
AMERICAN AIRLINES GROUP, INC.,    :          NO. 18-4040
et al.                            :

SCHEDULING ORDER

AND NOW, this 24th day of June 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  the May 20, 2026 Scheduling Order (Doc. # 276) is VACATED;

(2)  The parties shall supplement any report of their damages experts on or before August 12, 2026;

(3)  Depositions of experts shall take place on or before September 14, 2026;

(4)  The parties shall prepare and file their Pretrial Memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1, as well as proposed points for charge, any proposed special jury interrogatories, and any motions in limine as follows:

(a)  Plaintiff – on or before December 14, 2026;

(b)  Defendants – on or before December 21, 2026.

(5)  Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party. Supplemental points for charge will be permitted during and at

the conclusion of the trial.  Points for charge should be accompanied by appropriate citations of legal authority.

(6)  The parties are urged to provide the Court with an electronic copy of the proposed points for charge and proposed special jury interrogatories.

(7)  Trial in this matter shall commence with jury selection on Tuesday, January 19, 2027 at 10:00 a.m. in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania in Courtroom 16A.  Counsel are directed to meet with the Court in chambers for a pretrial conference at 9:00 a.m.

(8)  The Pretrial Memorandum shall also identify the other significant legal issues involved in the case, together with appropriate citations and other legal authority.

(9)  If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel prior to trial for such information.  If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief from the Court prior to trial.

2

(10) Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The Court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:


/s/   Harvey Bartle III
                                        J.