IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. SCANLAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN AIRLINES GROUP, INC., et al. | : | NO. 18-4040 |

ORDER

AND NOW, this 17th day of November 2026, after a telephone conference with counsel and it appearing that parties are engaged in serious settlement discussions, it is hereby ORDERED that:

(1) This action is STAYED pending further order of the court; and

(2) A telephone conference with counsel is scheduled for March 29, 2027, at 10:00 a.m (EST).

BY THE COURT:

/s/ Harvey Bartle III
J.